justifies interference by a court of equity in this respect. The appellants, if aggrieved by reason of purchase upon the sale at a price substantially below the true market value, have their remedy in an application to set aside the sale because of inadequacy of price. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

PERCY K. HUDSON and T. BACHE BLEECKER, Appellants, v. TOWN OF OYSTER BAY, Respondent, and Others, Defendants.— In an action for a permanent injunction restraining the defendants from erecting an incinerator on the ground that the site selected for the purpose was unlawfully rezoned to permit such erection, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Probate of the Last Will and Testament of ANNIE ELAM, Late of Jamaica, Queens County, Deceased. EFFIE G. NORTON, Appellant; NELLIE ROYSTER, Respondent.— Decree of the Surrogate's Court of Queens county, entered on the verdict of a jury, denying probate to an alleged will, dated February 1, 1936, unanimously affirmed, with costs to the contestant, payable out of the estate. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of GEORGE A. FERRIS, Respondent, for a Peremptory Mandamus Order against RAYMOND J. FUNKHOUSER, as Supervisor of the Town of Harrison, JOHN F. FULBECK, THOMAS E. WHITBREAD and THOMAS McHENRY, as Councilmen of the Town of Harrison, REED W. SMITH, as Comptroller of the Town of Harrison, and WILLIAM A. WILDING, as Town Clerk of the Town of Harrison, Appellants.— Peremptory order of mandamus directing the town board of Harrison to accord petitioner recognition as councilman, to which office, in a quo warranto proceeding, he has been adjudicated lawfully elected, to restore him to office, and to pay him his salary as councilman, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 831 Madison Street, Brooklyn, New York, Guaranteed by Bond and Mortgage Guarantee Company, Guarantee No. 180,176. (Plan No. 320.) In the Matter of the Application of ANGELINA CARDIELLO for a List of the Certificate Holders in Issue Bearing Guarantee Number 180,176 of the Bond and Mortgage Guarantee Company. ANGELINA CARDIELLO, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of the Bond and Mortgage Guarantee Company, Respondent.— Order denying petitioner's application for a list of certificate holders of a certain mortgage affirmed, so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

GEORGE H. JAMES, as President of The Taxpayers Civic Alliance of Tuckahoe, New York, Respondent, v. HOTEL GRAMATAN, INC., Appellant; B. C. BISLAND-FREDERICK, Defendant. (Appeal No. 1.) — Appeal by the corporate defendant